## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 3 2021

July 28, 2021

By ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 0 3 2021

Re: *United States v. Evans, et al.*, 20 Cr. 57 (GBD)

Dear Judge Daniels:

I represent defendant Tyrone Ervin in the above-referenced matter. We respectfully request to join in the letter motions of co-counsel to extend the date for filing motions as proposed in their submissions.

Thank you for your attention to this matter.

Very truly yours,

William J. Stampur

William J. Stampur

cc: All Parties (By ECF)

WS/Ervin/Ltr to Ct/Join Co-Defts Mtns