UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TYRONE ERVIN,

              Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-12 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A change of plea hearing is scheduled for July 27, 2022 at 9:45 a.m.

Dated: July 7, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge