UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

        -against-

TYRONE ERVIN,

               Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-12 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The change of plea hearing scheduled for July 27, 2022 is adjourned to August 9, 2022 at 9:45 a.m.

Dated: July 28, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge