STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 9, 2022

**By ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels* [signature]
George B. Daniels, U.S.J.

Dated: ___AUG 1 0 2022___

Re:    *United States v. Tyrone Ervin, et al.,* **20 Cr. 57 (GBD)**

Dear Judge Daniels:

My partner, William J. Stampur, is CJA counsel of record for Tyrone Ervin in the above-referenced case. Mr. Stampur was not able to be present at Mr. Ervin's plea hearing that was scheduled for this morning, August 9, 2022, before Your Honor. Arrangements were made for me to stand in for Mr. Stampur at today's proceeding. Please accept our apologies for miscalendaring Mr. Ervin's plea hearing.

Accordingly, we respectfully request Mr. Ervin's plea hearing be adjourned until August 23, 2022, at 9:45 AM.

Thank you for your attention to this matter.

Very truly yours,

[signature]

James Roth, Esq.

cc:    All Parties of Record (By ECF)

WS/Ervin/JR Ltr Ct/Miscalendar of Plea