UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TYRONE ERVIN,

                Defendant.

------------------------------------x

ORDER

(S3) 20 Crim. 57-12 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's request for appointment of counsel, (ECF No. 715), is GRANTED. The Clerk of Court is hereby ORDERED to appoint the Federal Defenders of New York to represent Defendant for the purpose of challenging his sentence.

Dated: October 30, 2023
      New York, New York

                              SO ORDERED.

                              *George B. Daniels*

                              GEORGE B. DANIELS
                              United States District Judge